# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

FEB 18 2015

United States District Court
Southern District of Texas
FILED

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**Anna Maria Salinas**
**A202 085 354**

*PRINCIPAL*
**1991**

United States

## CRIMINAL COMPLAINT

Case Number:
**M-15-0242-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 16, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

**knowing or in reckless disregard of the fact that David Eliseo Castro-Garcia, citizen and national of Guatemala and Maria Del Rosario Hernandez-Angeles, citizen and national of the United Mexican States along with seven (7) other undocumented aliens, for a total of nine (9), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location in Edinburg, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On February 16, 2015 Border Patrol Agents R. Dutra and J. Sanchez were patrolling Highway 281 near Edinburg, Texas. At approximately 10:30 p.m. Agent Dutra observed a tan Ford Explorer traveling north on Highway 281 passing Miller Road. The Explorer appeared to be riding low from the rear and was swaying from side to side as if heavily laden. As they approached the vehicle to take a closer look inside, Agent Sanchez observed four subjects, whom when they saw the marked unit tried to duck down to prevent being seen. Agents then activated the emergency vehicle equipment and performed a vehicle stop to conduct an Immigration Inspection on the occupants.

As they approached the vehicle they observed several occupants hiding behind the back row seating of the SUV

**SEE ATTACHED:**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved
*(signature)*

Signature of Complainant

Sworn to before me and subscribed in my presence,

Jeremiah Abrego        Senior Patrol Agent
Printed Name of Complainant

**February 18, 2015**                8:50 a.m.         at   McAllen, Texas
Date                                                         City and State

**Peter E. Ormsby**,  **U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0242-M

**RE:** **Anna Maria Salinas**

covered with what seemed to be a blanket. The driver, Anna Maria Salinas, stated that she was a United States Citizen and all 9 passengers were determined to be undocumented aliens illegally present in the United States.

All 10 subjects were placed under arrest and transported to the Weslaco Border Patrol Station for further processing.

**PRINCIPAL STATEMENT**
At the Weslaco Border Patrol Station Anna Maria Salinas was read her Miranda Rights. Salinas understood her rights and gave a statement without an attorney present.

Anna Maria SALINAS stated that she went to a gas station close to Highway 281 and encountered the undocumented aliens in the parking lot of the Loves gas station. A woman approached Salinas and asked if she could give her and four other people a ride north on Highway 281. Salinas noticed as the individuals were boarding her vehicle that there were a lot. She further stated that she believed it was a total of eight. Salinas was given instructions from someone sitting in the front passenger seat to take them up Highway 281 to the second blinking yellow light. Salinas states that is where they wanted to be dropped off.

SALINAS further stated that she lives in Rio Grande City, Texas and that the vehicle belongs to her boyfriend who lives in Mercedes, Texas.

**MATERIAL WITNESS #1 STATEMENT**
CASTRO-Garcia, David Eliseo was read his Miranda Rights. CASTRO understood his rights and gave a statement without an attorney present.

CASTRO stated that the only arrangements he made were to be smuggled to Houston, Texas, after he crossed Rio Grande River on his own. CASTRO'S friend was to pay as much as $1,500.00 once he would arrive in Houston, Texas. CASTRO told agents that he was taken to a house at an unknown location where he stayed for approximately two hours prior to being picked up by the brown Ford Explorer. He also stated that the female driver called the group into the vehicle.

CASTRO did not feel safe due to the lack of space in the vehicle, he was not wearing a seatbelt. There were 10 subjects in the vehicle, when the capacity is five.

CASTRO Garcia identified Anna Maria Salinas in a photo lineup as the driver of the vehicle.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0242-M

RE:     Anna Maria Salinas                         A202 085 354


**MATERIAL WITNESS #2 STATEMENT**
HERNANDEZ-Angeles, Maria Del Rosario was read her Miranda Rights in the Spanish language. HERNANDEZ understood her rights and gave a statement without an attorney present.

HERNANDEZ stated that her friend made the arrangements for her to be smuggled to the United States. HERNANDEZ stated she stayed at a house at an unknown location for three days after entering illegally into the United States. HERNANDEZ was picked up by a car who was going to take her elsewhere because she had already been there for too long with no payment. She and eight others were then dropped off on a road where they then flagged down and got a ride on a tan Ford Explorer. The driver to the Explorer was going to give them a ride further north.

HERNANDEZ identified Anna Maria Salinas in a photo lineup as the driver of the vehicle.